BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2739
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
OCT 24 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> White iPhone, 209-817-5362 <br> Serial Number 83039BGQA4S. | CASE NO. 2:13-SW-0288-KJN <br><br> [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: October 23, 2013

_____
HON. DALE A. DROZD
U.S. Magistrate Judge